Dennis L. Kennelly, Esq., CA Bar No. 064916
Law Office of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimle: (650) 854-7839

Attorneys for Plaintiff
RONALD M. MAROVICH

Seth L. Neulight, CA Bar No. 184440
Deborah R. Schwartz, CA Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone:    (415) 371-1200
Facsimile:    (415) 371-1211

Ann Kane Smith, CA Bar No. 72698
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone:    (213) 576-8000
Facsimile:    (213) 576-8080

Attorneys for Defendant
DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. MAROVICH,<br><br>            Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Corporation, FRANK SCOTT, an individual, and DOES I through X, inclusive<br><br>            Defendants. | Case No.: C 06-02329 TEH<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS** |

SF #1076535 v1

-1-

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

THELEN REID
& PRIEST LLP

Counsel for plaintiff Ronald Marovich and defendant Dollar Tree Stores, Inc., respectively, report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Process:**
    Mediation (ADR L.R. 6)

The parties agree to hold the ADR session by: 120 days from the date of the order referring the case to an ADR process.

Dated: June 15, 2006                    LAW OFFICE OF DENNIS L. KENNELLY


By /s/ Dennis L. Kennelly
    Dennis L. Kennelly
    Attorneys for Plaintiff


Dated: June 15, 2006                    THELEN REID & PRIEST LLP


By /s/ Seth L. Neulight
    Seth L. Neulight
    Attorneys for Defendant
    DOLLAR TREE STORES, INC.

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to mediation under ADR Local Rule 6, to be completed within 120 days from the date of this Order.

IT IS SO ORDERED.

Dated: 07/19/06                    _____
                                    THELTON E. HENDERSON
                                    United States District Judge

IT IS SO ORDERED
Judge Thelton E. Henderson