1   Dennis L. Kennelly, Esq., CA Bar No. 064916
    Law Office of Dennis L. Kennelly
2   1030 Curtis Street, Suite 200
    Menlo Park, California 94025
3   Telephone: (650) 853-1291
    Facsimle: (650) 854-7839
4
    Attorneys for Plaintiff
5   RONALD M. MAROVICH

6   Seth L. Neulight, CA Bar No. 184440
    Deborah R. Schwartz, CA Bar No. 208934
7   THELEN REID & PRIEST LLP
    101 Second Street, Suite 1800
8   San Francisco, California 94105-3601
    Telephone:   (415) 371-1200
9   Facsimile:   (415) 371-1211

10  Ann Kane Smith, CA Bar No. 72698
    THELEN REID & PRIEST LLP
11  333 South Hope Street, Suite 2900
    Los Angeles, California 90071-3048
12  Telephone:   (213) 576-8000
    Facsimile:   (213) 576-8080
13
    Attorneys for Defendants
14  DOLLAR TREE STORES, INC. and FRANK SCOTT

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18

19  RONALD M. MAROVICH,                  Case No.:  C 06-02329 TEH

20            Plaintiff,                 **STIPULATION TO EXTEND TIME FOR
                                         DEFENDANT FRANK SCOTT TO**
21       vs.                             **RESPOND TO COMPLAINT**

22  DOLLAR TREE STORES, INC., a
    Corporation, FRANK SCOTT, an individual,
23  and DOES I through X, inclusive

24            Defendants.

25

26       Pursuant to Rule 6-1(a) of the Civil Local Rules of this Court, plaintiff Ronald M.

27  Marovich ("Plaintiff") and defendant Frank Scott ("Scott") hereby stipulate that the deadline for

28

SF #1091413 v1                          -1-

THELEN REID      STIPULATION TO EXTEND TIME FOR FRANK SCOTT TO RESPOND TO COMPLAINT
& PRIEST LLP

1

Scott to answer or otherwise plead in response to Plaintiff's Complaint shall be extended to and

2

including August 21, 2006.

3

            IT IS SO STIPULATED.

4

Dated: August 8, 2006                          LAW OFFICE OF DENNIS L. KENNELLY

5

6

                                               By   /s/ Dennis L. Kennelly

7                                                     Dennis L. Kennelly
                                                      Attorneys for Plaintiff

8

9

Dated: August 8, 2006                          THELEN REID & PRIEST LLP

10

11

                                               By   /s/  Seth L. Neulight

12                                                    Seth L. Neulight
                                                      Attorneys for Defendants
                                                      DOLLAR TREE STORES, INC. and FRANK

13                                                    SCOTT

14

15

16                            IT IS SO ORDERED

17                            *Thelton E. Henderson (signature)*

18                            Judge Thelton E. Henderson

19

20          08/09/06

21

22

23

24

25

26

27

28

SF #1091413 v1                                 -2-