Dennis L. Kennelly, Esq., CA Bar No. 064916
Law Office of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimle: (650) 854-7839

Attorneys for Plaintiff
RONALD M. MAROVICH

Seth L. Neulight, CA Bar No. 184440
Deborah R. Schwartz, CA Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone:     (415) 371-1200
Facsimile:     (415) 371-1211

Ann Kane Smith, CA Bar No. 72698
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone:     (213) 576-8000
Facsimile:     (213) 576-8080

Attorneys for Defendants
DOLLAR TREE STORES, INC. and FRANK SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. MAROVICH,<br><br>            Plaintiff,<br><br>     vs.<br><br>DOLLAR TREE STORES, INC., a Corporation, FRANK SCOTT, an individual, and DOES I through X, inclusive<br><br>            Defendants. | Case No.:  C 06-02329 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FURTHER EXTEND TIME FOR DEFENDANT FRANK SCOTT TO RESPOND TO COMPLAINT** |

## **STIPULATION**

WHEREAS, Plaintiff Ronald M. Marovich ("Plaintiff") intends to file a Motion for Remand, and defendant Frank Scott ("Scott") intends to file a Motion to Dismiss; and

SF #1093548 v1

-1-

WHEREAS, Plaintiff and Scott have stipulated and proposed to the Court that their respective motions be briefed and heard concurrently; and

WHEREAS, based upon the current schedule of Plaintiff's counsel, Plaintiff does not have sufficient time to prepare his Motion for Remand by August 21, the existing deadline for Scott's response to the Complaint,

NOW THEREFORE, Plaintiff and Scott hereby stipulate that the deadline for Scott to respond to Plaintiff's Complaint shall be extended further, to and including September 18, 2006.

IT IS SO STIPULATED.

Dated: August 16, 2006                LAW OFFICE OF DENNIS L. KENNELLY


                                      By  /s/ Dennis L. Kennelly
                                          Dennis L. Kennelly
                                          Attorneys for Plaintiff

Dated: August 16, 2006                THELEN REID & PRIEST LLP


                                      By  /s/  Seth L. Neulight
                                          Seth L. Neulight
                                          Attorneys for Defendants
                                          DOLLAR TREE STORES, INC. and FRANK SCOTT

## [PROPOSED] ORDER

Pursuant to the parties' stipulation, the deadline for defendant Frank Scott's response to the Complaint shall be extended to and including September 18, 2006.

IT IS SO ORDERED.

Dated: 08/17/06                       _____
                                      HONORABLE THELTON E. HENDERSON
                                      United States District Judge

SF #1093548 v1                        -2-

THELEN REID & PRIEST LLP

STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND TIME FOR FRANK SCOTT TO RESPOND TO COMPLAINT