**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. MAROVICH,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC., a Corporation, FRANK SCOTT, an individual, and DOES 1 through X, inclusive,<br><br>    Defendants. | No. C06-2329 TEH<br><br>FURTHER CASE MANAGEMENT ORDER |

Having considered the parties' Further Case Management Conference Statement, the Court HEREBY ORDERS as follows:

Plaintiff's Motion for Remand and defendant Frank Scott's Motion to Dismiss shall proceed according to the following schedule:

| | |
|---|---|
| September 18, 2006 | Deadline to file and serve motions |
| October 2, 2006 | Deadline to file and serve oppositions |
| October 9, 2006 | Deadline to file and serve reply briefs, if any |
| October 23, 2006 | Hearing on both motions, 10:00 a.m. |

The further Case Management Conference scheduled for August 28, 2006, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: 08/18/06

_____
Hon. Thelton E. Henderson
United States District Judge