Dennis L. Kennelly, Esq., CA Bar No. 064916
Law Office of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimle: (650) 854-7839

Attorneys for Plaintiff
RONALD M. MAROVICH

Seth L. Neulight, CA Bar No. 184440
Deborah R. Schwartz, CA Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone:     (415) 371-1200
Facsimile:     (415) 371-1211

Ann Kane Smith, CA Bar No. 72698
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone:     (213) 576-8000
Facsimile:     (213) 576-8080

Attorneys for Defendants
DOLLAR TREE STORES, INC. and FRANK SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. MAROVICH,<br><br>                    Plaintiff,<br><br>     vs.<br><br>DOLLAR TREE STORES, INC., a Corporation, FRANK SCOTT, an individual, and DOES I through X, inclusive<br><br>                    Defendants. | Case No.:  C 06-02329 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF DEFENDANT FRANK SCOTT WITH PREJUDICE**<br><br>[Fed. R. Civ. P 41(a)] |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff Ronald M. Marovich ("Plaintiff"), and defendants Dollar Tree Stores, Inc. ("Dollar Tree") and Frank Scott ("Scott") hereby stipulate that defendant Scott shall be dismissed with prejudice from the above-captioned action in its entirety.  The parties further stipulate that each of them shall bear his or its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: September 12, 2006                    LAW OFFICE OF DENNIS L. KENNELLY


By  /s/ Dennis L. Kennelly
    Dennis L. Kennelly
    Attorneys for Plaintiff
    RONALD M. MAROVICH


Dated: September 12, 2006                    THELEN REID & PRIEST LLP


By  /s/  Seth L. Neulight
    Seth L. Neulight
    Attorneys for Defendants
    DOLLAR TREE STORES, INC. and FRANK SCOTT

## [~~PROPOSED~~] ORDER

Pursuant to the above stipulation, defendant Frank Scott is hereby DISMISSED WITH PREJUDICE from this entire action.  Each of the parties shall bear his or its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 09/12/06                              _____
                                             HONORABLE THELTON E. HENDERSON
                                             United States District Judge