Dennis L. Kennelly, Esq., CA Bar No. 064916
Law Office of Dennis L. Kennelly
1030 Curtis Street, Suite 200
Menlo Park, California 94025
Telephone: (650) 853-1291
Facsimile: (650) 854-7839

Attorneys for Plaintiff
RONALD M. MAROVICH

Seth L. Neulight, CA Bar No. 184440
Deborah R. Schwartz, CA Bar No. 208934
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, California 94105-3601
Telephone:	(415) 371-1200
Facsimile:	(415) 371-1211

Ann Kane Smith, CA Bar No. 72698
THELEN REID & PRIEST LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-3048
Telephone:	(213) 576-8000
Facsimile:	(213) 576-8080

Attorneys for Defendants
DOLLAR TREE STORES, INC. and FRANK SCOTT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. MAROVICH,<br><br>               Plaintiff,<br><br>  vs.<br><br>DOLLAR TREE STORES, INC., a Corporation, FRANK SCOTT, an individual, and DOES I through X, inclusive<br><br>               Defendants. | Case No.:  C 06-02329 TEH<br><br>**STIPULATION MOVING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Pursuant to agreement of Counsel, Plaintiff Ronald M. Marovich ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Dollar Tree") hereby stipulate that the Case Management Conference in the above-captioned action is moved forward. The currently-scheduled CMC on November 13, 2006 at 1:30 p.m. causes conflicts for both Plaintiff's Counsel and Defense Counsel. Plaintiff's Counsel is scheduled to be in Florida on that date while Defense Counsel Seth Neulight is scheduled for Jury Duty in Marin County Superior Court. The Parties have agreed to a new date of November 6, 2006 at 1:30 p.m. and have cleared it with the Courtroom Deputy for the availability of the Court.

IT IS SO STIPULATED.

Dated: October 13, 2006         LAW OFFICE OF DENNIS L. KENNELLY

                                By  /s/ Dennis L. Kennelly
                                    Dennis L. Kennelly
                                    Attorneys for Plaintiff
                                    RONALD M. MAROVICH

Dated: October 13, 2006         THELEN REID & PRIEST LLP

                                By  /s/ Seth L. Neulight
                                    Seth L. Neulight
                                    Attorneys for Defendants
                                    DOLLAR TREE STORES, INC. and FRANK SCOTT

## [~~PROPOSED~~] ORDER

Pursuant to the above stipulation and good cause appearing therefor

IT IS SO ORDERED.

Dated: 10/16/06                 _____
                                HONORABLE THELTON E. HENDERSON
                                United States District Judge